FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 18 2016

JAMES W. McCORMACK, CLERK
By: _____
                     DEP CLERK

AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __ARKANSAS__

UNITED STATES OF AMERICA

V.

AARON PAUL BORENGASSER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 4:15cr00101-07 JM

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated on Count 1 of the Indictment, Superseding Indictment, and Second Superseding Indictment.

_____
Signature of Judge

James M. Moody Jr. - District Judge
Name of Judge          Title of Judge

8/18/16
Date